# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LAURA DOUGHTY, individually and on behalf of all similarly situated persons,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRALSQUARE TECHNOLOGIES, LLC et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　Case No. CIV-20-500-G<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

At the status conference held on January 20, 2022, Plaintiff Laura Doughty moved orally to set a schedule for the preliminary approval of the settlement with Defendant CentralSquare Technologies, LLC ("CentralSquare"). Defendant CentralSquare did not oppose the motion. The Motion is GRANTED. Plaintiff shall submit her motion for preliminary approval of the settlement with Defendant CentralSquare on or before February 25, 2022.

A hearing on the forthcoming motion for preliminary approval of the settlement with Defendant CentralSquare will be held on Tuesday, March 29, 2022, at 10:30 a.m. in Courtroom 305 of the William J. Holloway Jr. United States Courthouse.

IT IS SO ORDERED this 21st day of January, 2022.

_(signature)_
CHARLES B. GOODWIN
United States District Judge