# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LAURA DOUGHTY**, individually and on behalf of all similarly situated persons,<br><br>    **Plaintiff**,<br><br>v.<br><br>**CENTRALSQUARE TECHNOLOGIES, LLC** et al.,<br><br>    **Defendants**. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. CIV-20-500-G<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is Plaintiffs' Unopposed Motion for Extension of Time (Doc. No. 107), seeking to extend the time to file their motion for preliminary approval and to reset the hearing on the motion. For good cause shown, the Motion is GRANTED. Plaintiffs shall file their motion for preliminary approval on or before March 28, 2022, and the hearing on the motion for preliminary approval is hereby reset for April 18, 2022, at 10:30 a.m. in Courtroom 305 of the William J. Holloway Jr. United States Courthouse.

IT IS SO ORDERED this 24th day of February, 2022.

_____
CHARLES B. GOODWIN
United States District Judge