### UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LAURA DOUGHTY**, individually and on behalf of all similarly situated persons,<br><br>　　**Plaintiff**,<br><br>v.<br><br>**CENTRALSQUARE TECHNOLOGIES, LLC et al.**,<br><br>　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-20-500-G<br>)<br>)<br>)<br>)<br>) |

### ORDER

Now before the Court is the Joint Application for Entry of Judgment (Doc. No. 126), filed by Plaintiff Laura Doughty and Defendant City of Norman, Oklahoma, seeking an entry of judgment in favor of Plaintiff and against Defendant City of Norman, Oklahoma based on a settlement of all claims against Defendant City of Norman, Oklahoma.

The Joint Application (Doc. No. 126) is GRANTED. A separate Judgment shall be entered on this date.

IT IS SO ORDERED this 18th day of November, 2022.

_____
CHARLES B. GOODWIN
United States District Judge