# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **LAURA DOUGHTY, individually and on behalf of all similarly situated persons,** ) ) ) ) | |
| **Plaintiff,** ) ) | |
| v. ) ) | Case No. CIV-20-500-G |
| **CENTRALSQUARE TECHNOLOGIES, LLC et al.,** ) ) ) | |
| **Defendants.** ) | |

## JUDGMENT

This action comes before the Court upon the Application of the parties in which the Court was advised that the parties have settled this lawsuit and that one term of the settlement allows entry of judgment against the City of Norman in the total amount of Thirty Seven Thousand Five Hundred and 00/100ths Dollars ($37,500.00) without admission of liability and with no effect other than to settle this case. IT IS ORDERED AND ADJUDGED that the Plaintiff, LAURA DOUGHTY, recover from Defendant City of Norman the sum of Thirty Seven Thousand Five Hundred and 00/100ths Dollars ($37,500.00) which sum is inclusive of costs and attorney fees.

ENTERED this 18th day of November, 2022.

_____
CHARLES B. GOODWIN
United States District Judge