## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **LAURA DOUGHTY, individually and on behalf of all similarly situated persons,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-20-500-G** |
| | ) | |
| **CENTRALSQUARE TECHNOLOGIES, LLC et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |

## JUDGMENT

In accordance with the Order issued this same date granting final approval of the class action settlement between Plaintiffs and Settlement Class Representatives Laura Doughty and Amanda Fischer, on behalf of themselves and the Settlement Class, and Defendant CentralSquare Technologies, LLC ("CentralSquare"), as set forth in the Settlement Agreement and Release dated March 28, 2022, including the exhibits attached thereto (the "Settlement Agreement"),[1] except as to any individual claim of those Persons (identified in Exhibit 1 attached hereto) who have validly and timely requested exclusion from the Class, the Court hereby enters judgment in favor of the Settlement Class and against Defendant CentralSquare in accordance with the terms of the Settlement Agreement.

---

[1] Unless otherwise indicated, capitalized terms that are not otherwise defined herein have the same meanings ascribed to them in the Settlement Agreement. *See* Doc. No. 110-1.

ENTERED this 30th day of December, 2022.

CHARLES B. GOODWIN
United States District Judge

**EXHIBIT 1**

**<u>INDIVIDUALS WHO HAVE VALIDLY AND TIMELY
REQUESTED EXCLUSION FROM THE CLASS</u>**

1. Jessica Aponte
2. Ronald Friedland